Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email:  chrisr@prato-reichman.com

Attorney for Plaintiff KENNETH J. MOSER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER,<br><br>Plaintiff,<br>vs.<br><br>MCAN, LLC et. al.<br><br>Defendants. | Case No.: 3:18-cv-0210-CAB-BGS<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS WE FUND CAPITAL, INC., d/b/a "BizBloom" a/k/a "bizbloom.com", RAFAEL JASON LEVY a/k/a JASON LEVY AND SINA REZVANI**<br><br>Hon. Cathy Ann Becevingo |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is voluntarily dismissed <u>without prejudice</u> against defendants WE FUND CAPITAL, INC., d/b/a "BizBloom" a/k/a "bizbloom.com", RAFAEL JASON LEVY a/k/a JASON LEVY and SINA REZVANI as to all causes of action pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).  None of these Defendants have

- 1 -

filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED: June 8, 2018 **PRATO & REICHMAN, APC**

      /s/ Christopher J. Reichman_____
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
KENNETH J. MOSER