

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth J. Moser<br><br>Plaintiff,<br>V.<br>(See Attachment)<br><br>Defendant. | Civil Action No. 18-cv-00210-CAB-BGS<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Consistent with the foregoing, it is hereby ORDERED as follows:
1. Plaintiff's motion for default judgment on the TCPA claims for the thirty (30) telephone calls is GRANTED;
2. Plaintiff's motion for default judgment on the TCPA claim for the January 19, 2017 text message is DENIED.
3. The Court awards Plaintiff damages in the amount of $15,570.
IT IS SO ORDERED.

Date:   7/6/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ A. Hazard

A. Hazard, Deputy

ATTACHMENT

MCAN, LLC, *doing business as* BizBloom *also known as* bizbloom.com; We Fund Capital, INC. *doing business as* BizBloom *also known as* bizbloom.com; Thomas Costa; Rafael Jason Levy *also known as* Jason Levy; Sina Rezvani

      Defendants