**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED
JUN 14 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenneth J. Moser | 18CV 0210 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MCan, LLC d/b/a Bizbloom | Claim of exemption |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ken Moser
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
17280 SD Ca Dr, San Diego, Ca 92126

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Sina Rezvani
4le Silkberry
Irvine, Ca 92614

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
For DTR    TELEPHONE NUMBER 949-233-8647    DATE 5/08/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 5/14/19 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |

Address (complete only different than shown above)    Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee $8.00 | Total Charges $8.00 | Advance Deposits $8.00 | Amount owed to U.S. Marshal* or (Amount of Refund*) 0 |

**REMARKS**
5/14/19 emailed and mailed copy to attorney Ken Moser
Plaintiff did not file Notice of opposition
M-19-D98-000128

**NOT FOR WAGE GARNISHMENT**
**RETURN TO LEVYING OFFICER. DO NOT FILE WITH COURT**

EJ-160

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Sina Rezvani
46 Silkberry, Irvine, California 92614-7480

TELEPHONE NO.: 9492338697  FAX NO. (Optional):
E-MAIL ADDRESS (Optional): sinarezvani1@gmail.com
ATTORNEY FOR (Name): (In pro per, voluntarily dismissed Defendant)

NAME OF COURT: U.S. District Southern Court
STREET ADDRESS: 333 W. Broadway, Suite 420
MAILING ADDRESS: same
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME:

FOR LEVYING OFFICER USE ONLY
(Levying Officer Name and Address)

PLAINTIFF/PETITIONER: Kenneth J Moser
DEFENDANT/RESPONDENT: MCAN, LLC d/b/a "Bizzbloom" et al

LEVYING OFFICER FILE NUMBER:

## CLAIM OF EXEMPTION
(Enforcement of Judgment)

FOR COURT USE ONLY

CASE NUMBER: 3:18-cv-00210-CAB-BGS

*Copy all the information required above (except the top left space) from the Notice of Levy. The top left space is for your name or your attorney's name and address. The original and one copy of this form must be filed with the levying officer.*
**DO NOT FILE WITH THE COURT.**

1. My name is: Sina Rezvani
2. Papers should be sent to:
   [✓] me.
   [ ] my attorney (I have filed with the court and served on the judgment creditor a request that papers be sent to my attorney and my attorney has consented in writing on the request to receive these papers.)
   at the address [✓] shown above [ ] following (specify):

3. [✓] I am not the judgment debtor named in the notice of levy. The name and last known address of the judgment debtor is (specify):

4. The property I claim to be exempt is (describe):
   And and all of my accounts at Chase Bank/any other financial institution. Please see attached Declaration.

5. The property is claimed to be exempt under the following code and section (specify):
   I was voluntarily dismissed from this lawsuit by Plaintiff on June 8, 2018. I am not a party to this lawsuit.

6. The facts which support this claim are (describe):
   Please see attached Declaration.

7. [ ] The claim is made pursuant to a provision exempting property to the extent necessary for the support of the judgment debtor and the spouse and dependents of the judgment debtor. **A Financial Statement form is attached to this claim.**

8. [ ] The property claimed to be exempt is
   a. [ ] a motor vehicle, the proceeds of an execution sale of a motor vehicle, or the proceeds of insurance or other indemnification for the loss, damage, or destruction of a motor vehicle.
   b. [ ] tools, implements, materials, uniforms, furnishings, books, equipment, a commercial motor vehicle, a vessel, or other personal property used in the trade, business or profession of the judgment debtor or spouse.
   c. all other property of the same type owned by the judgment debtor, either alone or in combination with others, is (describe):

9. [ ] The property claimed to be exempt consists of the loan value of unmatured life insurance policies (including endowment and annuity policies) or benefits from matured life insurance policies (including endowment and annuity policies). All other property of the same type owned by the judgment debtor or the spouse of the judgment debtor, either alone or in combination with others, is (describe):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 8, 2019

Sina Rezvani
(TYPE OR PRINT NAME)    ▶    (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved by the
Judicial Council of California
EJ-160 [Rev. January 1, 2009]

**CLAIM OF EXEMPTION**
(Enforcement of Judgment)

Code of Civil Procedure, § 703.520
www.courtinfo.ca.gov